UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| Regions Bank, | ) |  |
|---|---|---|
| *an Alabama bank* | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:17-cv-00497 CAS |
|  | ) |  |
|  | ) |  |
| The Fausz Group Co., et al. | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

The above styled and numbered case was filed on February 8, 2017 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:17-cv-00027.

**IT IS FURTHER ORDERED** that cause number 4:17-cv-00497 CAS be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: February 9, 2017         By:/s/ Michele Crayton
                                Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:17-cv-00027 ACL.**